IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01972 RPM

LYNDON PROPERTY INSURANCE COMPANY,

        Plaintiff,

v.

JEFFREY A. WEINMAN, Solely In His Capacity As
Trustee of The Centrix Liquidating Trust, Successor In
Interest to Centrix Financial, LLC, *et al.,*

        Defendants.
_____

**ORDER APPROVING TECH CREDIT UNION'S AMENDED JOINDER IN
UNOPPOSED SECOND MOTION BY DEFENDANTS CREDIT UNION OF TEXAS
AND VELOCITY CREDIT UNION TO EXTEND THE DEADLINE FOR FILING
A REPLY IN SUPPORT OF MOTION TO DISMISS AND
GRANTING EXTENSION OF TIME**
_____

        Upon consideration of TECH Credit Union's Amended Joinder in Unopposed Second Motion by Defendants Credit Union of Texas and Velocity Credit Union to Extend The Deadline for Filing a Reply in Support of Motion to Dismiss [32], it is

        ORDERED that TECH's request for an extension of time to January 16, 2009 within which to file a reply or joinder in any reply filed by any other party is granted.

        DATED: January 13th , 2009

                              BY THE COURT

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior Judge