IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:             February 20, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki
_____

Civil Action No. 08-cv-01972-RPM

| | |
|---|---|
| LYNDON PROPERTY INSURANCE COMPANY, | John C. Parks |
| | Gregory F. Harley |
| Plaintiff, | |
| v. | |
| CREDIT UNION OF TEXAS; | W. Randolph Barnhart |
| LANDMARK CREDIT UNION; | |
| MEADOWS CREDIT UNION; | |
| 1st UNIVERSITY CREDIT UNION; | |
| ALLEGACY FEDERAL CREDIT UNION; | |
| ALTA VISTA CREDIT UNION; | |
| AMARILLO COMMUNITY FEDERAL CREDIT UNION; | |
| CAROLINA COLLEGIATE FEDERAL CREDIT UNION; | |
| CHARLOTTE METRO CREDIT UNION; | |
| COMALA CREDIT UNION; | |
| COMPLEX COMMUNITY FEDERAL CREDIT UNION; | |
| CORPORATE AMERICA FAMILY CREDIT UNION; | |
| CREDIT UNION 1 OF IL; | |
| DESERET FIRST FEDERAL CREDIT UNION; | |
| FINANCIAL 21 COMMUNITY CREDIT UNION; | |
| FIRST SERVICE FEDERAL CREDIT UNION; | |
| FIVEPOINT CREDIT UNION; | |
| HAWTHORNE CREDIT UNION; | |
| MIDLAND COMMUNITY FEDERAL CREDIT UNION; | |
| MIDWEST REGIONAL CREDIT UNION; | |
| MINNEQUA WORKS CREDIT UNION; | |
| MUTUAL SAVINGS CREDIT UNION; | |
| NEIGHBORHOOD CREDIT UNION; | |
| NEW HORIZONS CCU; | |
| NORLARCO CREDIT UNION; | |
| NUMARK CREDIT UNION; | |
| PATRIOTS FEDERAL CREDIT UNION; | |
| SAN DIEGO METROPOLITAN CREDIT UNION; | |
| SECURITY SERVICE FEDERAL CREDIT UNION; | Darrell M. Daley |
| SUNSHINE SAVINGS BANK f/k/a SUNSHINE STATE CREDIT UNION; | |
| TECH CREDIT UNION; | Curt Todd |
| TEXAS DOW EMPLOYEES CREDIT UNION, | |
| Successor by Merger to TEXAS CROSSROADS FEDERAL CREDIT UNION; | |
| TEXAS PARTNERS FEDERAL CREDIT UNION; | |
| UTAH CENTRAL CREDIT UNION; | |
| VALLEY CREDIT UNION; | |
| VELOCITY CREDIT UNION; | Robert M. Horrowitz |
| WESCOM CENTRAL CREDIT UNION, | |
| f/k/a GREAT AMERICAN CREDIT UNION; f/k/a | |
| GREAT AMERICAN CREDIT UNION, | |
| Defendants. | |

---
## COURTROOM MINUTES
---

**Hearing on Motion to Dismiss**

**9:59 a.m.     Court in session.**

Court's preliminary remarks and states its understanding of the pending motions.

**ORDERED:     Motion to Continue Hearing on Motion by Security First Credit Union and Allegacy Federal Credit to Dismiss Action for Lack of Subject Matter Jurisdiction, filed February 19, 2009 [39], is denied.**

Entry of appearances by counsel.

**ORDERED:     Gregory F. Harley entry of appearance entered for plaintiff Lyndon Property Insurance Co. (Burr & Forman, LLP).**

10:03 a.m.     Statements by Mr. Harley regarding the current status of the case and answers questions asked by the Court.

Mr. Parks informs the Court regarding a pending related bankruptcy adversarial proceeding and states there is a pending motion for a more definite statement (section 546 and 548(b)).
Mr. Parks and Mr. Harley state that the outcome of the adversarial proceeding should not affect this case.
Statements by Mr. Parks regarding bankruptcy action and possible counterclaim.

Further statements by Mr. Harley [6].
Mr. Harley states plaintiff intends to file a dismissals with respect to the remaining federal credit union defendants based on the anticipated settlement and the non-service of Sunshine Savings Banks.

Mr. Daley states he agrees with Mr. Harley's stated representation of the pending settlement.

10:16 a.m.     Argument by Mr. Barnhart [6].

**Court states localization argument adopted.**

**ORDERED:     Motion by Security First Credit Union and Allegacy Federal Credit Union to Dismiss Action for Lack of Subject Matter Jurisdiction, filed November 4, 2008 [6] and joined by other defendants, is denied.**

Mr. Harley states plaintiff does not intend to file any amended complaint.

**ORDERED:     Defendants have 20 days March 12, 2009 to file answers.**

**10:24 a.m.     Court in recess.**     Hearing concluded. Total time: 25 min.