**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| LYNDON PROPERTY INSURANCE COMPANY, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| JEFFREY A. WEINMAN, Solely in His Capacity As | ) |
| Trustee Of The Centrix Liquidating Trust, Successor In | ) |
| Interest To Centrix Financial, LLC; | ) |
| CREDIT UNION OF TEXAS; | ) |
| LANDMARK CREDIT UNION; | ) |
| MEADOWS CREDIT UNION; | ) |
| 1st UNIVERSITY CREDIT UNION; | ) |
| ALLEGACY FEDERAL CREDIT UNION; | ) |
| ALTA VISTA CREDIT UNION; | ) |
| AMARILLO COMMUNITY FEDERAL CREDIT UNION; | ) |
| CAROLINA COLLEGIATE FEDERAL CREDIT UNION; | )    Case No. 08-CV-01972 RPM |
| CHARLOTTE METRO CREDIT UNION; | ) |
| COMALA CREDIT UNION; | ) |
| COMMUNITY CREDIT UNION; | ) |
| COMPLEX COMMUNITY FEDERAL CREDIT UNION; | ) |
| CORPORATE AMERICA FAMILY CREDIT UNION; | ) |
| CREDIT UNION 1 OF IL; | ) |
| DESERET FIRST FEDERAL CREDIT UNION; | ) |
| FINANCIAL 21 COMMUNITY CREDIT UNION; | ) |
| FIRST SERVICE FEDERAL CREDIT UNION; | ) |
| FIVEPOINT CREDIT UNION; | ) |
| HAWTHORNE CREDIT UNION; | ) |
| MIDLAND COMMUNITY FEDERAL CREDIT UNION; | ) |
| MIDWEST REGIONAL CREDIT UNION; | ) |
| MINNEQUA WORKS CREDIT UNION; | ) |
| MUTUAL SAVINGS CREDIT UNION; | ) |
| NEIGHBORHOOD CREDIT UNION; | ) |
| NEW HORIZONS CCU; | ) |
| NORLARCO CREDIT UNION; | ) |
| NUMARK CREDIT UNION; | ) |
| PATRIOTS FEDERAL CREDIT UNION; | ) |
| SAN DIEGO METROPOLITAN CREDIT UNION; | ) |
| SECURITY SERVICE FEDERAL CREDIT UNION; | ) |
| SUNSHINE SAVINGS BANK f/k/a SUNSHINE STATE | ) |
| CREDIT UNION; | ) |
| TECH CREDIT UNION; | ) |
| TEXAS DOW EMPLOYEES CREDIT UNION, Successor | ) |
| by Merger to TEXAS CROSSROADS FEDERAL CREDIT | ) |
| UNION; | ) |
| TEXAS PARTNERS FEDERAL CREDIT UNION; | ) |
| UTAH CENTRAL CREDIT UNION; | ) |
| VALLEY CREDIT UNION; | ) |
| VELOCITY CREDIT UNION; | ) |
| WESCOM CENTRAL CREDIT UNION f/k/a GREAT | ) |
| AMERICAN CREDIT UNION; | ) |
|     Defendants. | ) |

**ORDER DISMISSING CERTAIN DEFENDANT CREDIT UNIONS**

The Court has considered the stipulated dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure filed by the plaintiff Lyndon Property Insurance Company ("Lyndon") and the following thirty-three defendants:

1. 1st University Credit Union,

2. Allegacy Federal Credit Union

3. Alta Vista Credit Union,

4. Amarillo Community Federal Credit Union,

5. Carolina Collegiate Federal Credit Union,

6. Charlotte Metro Credit Union,

7. Comala Credit Union,

8. Charlotte Metro Credit Union Complex Community Federal Credit Union,

9. Corporate America Family Credit Union,

10. Credit Union 1 of Illinois,

11. Deseret First Federal Credit Union,

12. Financial 21 Community Credit Union,

13. First Service Federal Credit Union,

14. Five Point Federal Credit Union,

15. Hawthorne Credit Union,

16. Landmark Credit Union,

17. Meadows Credit Union,

18. Midwest Regional Credit Union,

19. Minnequa Works Credit Union,

20. Mutual Savings Credit Union,

21. My Community Federal Credit Union *fka* Midland Community Federal Credit Union *aka* Midland Credit Union,

22. Neighborhood Credit Union,

23. New Horizons Community Credit Union,

24. NuMark Credit Union,

25. Patriots Federal Credit Union,

26. Public Service Credit Union *fka* Norlarco Credit Union by National Credit Union Administration as Conservator,

27. San Diego Metropolitan Credit Union,

28. Security Services Federal Credit Union,

29. Texas DOW Employees Credit Union,

30. Texas Partners Federal Credit Union,

31. Utah Central Credit Union,

32. Valley Credit Union, and

33. Wescom Credit Union.

Having considered the stipulation, it is:

**ORDERED** that Lyndon's claims and causes of action alleged against the foregoing thirty-three defendants in this action are hereby dismissed **with prejudice**. Each party shall bear its own costs and attorneys' fees.

Dated: April 8th, 2009

s/Richard P. Matsch
_____
Hon. Richard P. Matsch
United States District Court for the
District of Colorado