IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01972-RPM

LYNDON PROPERTY INSURANCE COMPANY,

                  Plaintiff,

v.

CREDIT UNION OF TEXAS;
LANDMARK CREDIT UNION;
MEADOWS CREDIT UNION;
1st UNIVERSITY CREDIT UNION;
ALLEGACY FEDERAL CREDIT UNION;
ALTA VISTA CREDIT UNION;
AMARILLO COMMUNITY FEDERAL CREDIT UNION;
CAROLINA COLLEGIATE FEDERAL CREDIT UNION;
CHARLOTTE METRO CREDIT UNION;
COMALA CREDIT UNION;
COMPLEX COMMUNITY FEDERAL CREDIT UNION;
CORPORATE AMERICA FAMILY CREDIT UNION;
CREDIT UNION 1 OF IL;
DESERET FIRST FEDERAL CREDIT UNION;
FINANCIAL 21 COMMUNITY CREDIT UNION;
FIRST SERVICE FEDERAL CREDIT UNION;
FIVEPOINT CREDIT UNION;
HAWTHORNE CREDIT UNION;
MIDLAND COMMUNITY FEDERAL CREDIT UNION;
MIDWEST REGIONAL CREDIT UNION;
MINNEQUA WORKS CREDIT UNION;
MUTUAL SAVINGS CREDIT UNION;
NEIGHBORHOOD CREDIT UNION;
NEW HORIZONS CCU;
NORLARCO CREDIT UNION;
NUMARK CREDIT UNION;
PATRIOTS FEDERAL CREDIT UNION;
SAN DIEGO METROPOLITAN CREDIT UNION;
SECURITY SERVICE FEDERAL CREDIT UNION;
SUNSHINE SAVINGS BANK f/k/a SUNSHINE STATE CREDIT UNION;
TECH CREDIT UNION;
TEXAS DOW EMPLOYEES CREDIT UNION,
Successor by Merger to TEXAS CROSSROADS FEDERAL CREDIT UNION;
TEXAS PARTNERS FEDERAL CREDIT UNION;
UTAH CENTRAL CREDIT UNION;
VALLEY CREDIT UNION;
VELOCITY CREDIT UNION;
WESCOM CENTRAL CREDIT UNION f/k/a GREAT AMERICAN CREDIT UNION; f/k/a
GREAT AMERICAN CREDIT UNION,

                  Defendants.

_____

## ORDER DISMISSING DEFENDANT, VELOCITY CREDIT UNION
### WITH PREJUDICE
_____

Upon consideration of the Unopposed Motion to Dismiss Defendant, Velocity Credit Union with Prejudice (the "Motion to Dismiss") [59], filed by Plaintiff, Lyndon Property Insurance Company ("Lyndon") on April 13, 2009, it is

ORDERED as follows:

1. The Motion to Dismiss is GRANTED.

2. Defendant, Velocity Credit Union ("Velocity"), is hereby dismissed with prejudice.

3. Lyndon and Velocity shall each bear their own attorneys' fees and costs.

DATED: April 14th, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge