IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01972-RPM

LYNDON PROPERTY INSURANCE COMPANY,

        Plaintiff,

v.

CREDIT UNION OF TEXAS;
COMPLEX COMMUNITY FEDERAL CREDIT UNION;
SUNSHINE SAVINGS BANK f/k/a SUNSHINE STATE CREDIT UNION;
TECH CREDIT UNION;

        Defendants.

---

ORDER FOR CLARIFICATION OF STIPULATION OF DISMISSAL DATED APRIL 6, 2009

---

On April 6, 2009, a Stipulated Dismissal of Certain Defendant Credit Unions was filed by the Plaintiff and the thirty-three Credit Unions listed on that stipulation. On April 8, 2009, the Court entered the form of order provided, dismissing the listed Credit Union Defendants. Upon review of the docket, there is uncertainty about the status of Defendant Complex Community Federal Credit Union because the stipulation and order reflect the dismissal of "Charlotte Metro Credit Union Complex Federal Credit Union" as dismissed Defendant # 8. Therefore, it is

ORDERED that the Plaintiff shall notify the court in writing on or before May 29, 2009, whether Defendant Complex Community Federal Credit Union is included in the stipulation of dismissal dated April 6, 2009.

DATED: May 22nd, 2009        BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge