IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01972-RPM

LYNDON PROPERTY INSURANCE COMPANY,

         Plaintiff,

v.

CREDIT UNION OF TEXAS and
TECH CREDIT UNION,
         Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      The Court having determined that this case should be set for a scheduling conference, it is

      ORDERED that a scheduling conference will be held on **July 29, 2009, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 23, 2009.**

      The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

      DATED: May 27th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge