IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01972-RPM

LYNDON PROPERTY INSURANCE COMPANY,

        Plaintiff,
v.

CREDIT UNION OF TEXAS and
TECH CREDIT UNION,

        Defendants.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Upon review of Plaintiff's Response to the Court's May 22, 2009 Order to Show Cause [72], filed on May 29, 2009, it is

ORDERED that the Order to Show Cause entered by this Court on May 22, 2009, is discharged.

DATED: June 2nd, 2009

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge