IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01972-RPM

LYNDON PROPERTY INSURANCE COMPANY,

        Plaintiff,

v.

CREDIT UNION OF TEXAS and
TECH CREDIT UNION,

        Defendants.

_____

ORDER FOR DISMISSAL
_____

Upon review of the Stipulated Dismissal of Lyndon's Action Against Tech Credit Union and Tech Credit Union's Counterclaims Against Lyndon [77], filed on July 21, 2009, it is

ORDERED that Plaintiff Lyndon Property Insurance Company's claims against Tech Credit Union and Defendant Tech Credit Union's counterclaims against Plaintiff Lyndon Property Insurance Company are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED: July 22nd, 2009

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge