**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                July 29, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-01972-RPM

| | |
|---|---|
| LYNDON PROPERTY INSURANCE COMPANY, | John C. Parks |
| | Gregory F. Harley |
| Plaintiff and Counter-defendant, | |
| v. | |
| CREDIT UNION OF TEXAS; | W. Randolph Barnhart |
| | Robert M. Horowitz |
| Defendant and Counter-claimant. | Kevin S. Neiman |

_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**10:56 a.m.**     **Court in session.**

**ORDERED:**     **Stipulated Protective Order signed.
                  Order to Comply with D.C.Colo.L.Civ.R. 7.2 entered.
                  Motion by Credit Union of Texas to Amend Order Dismissing the Eighth
                  Counterclaim (Now Sixth Amended Counterclaim) of Credit Union of Texas
                  and for, filed June 8, 2009 [74], is granted.**

Discussion regarding related bankruptcy proceedings, discovery (phase) and case facts.

Counsel state the liquidation reorganization bankruptcy plan was confirmed and it is in the liquidation process.

Counsel agree to phase discovery.

**ORDERED:**     **Counsel to submit an agreed proposed scheduling order by August 18,
                  2009.**

**11:30 a.m.**     **Court in recess.**     Hearing concluded.  Total time: 34 min.