**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             September 29, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 08-cv-01972-RPM

| | |
|---|---|
| LYNDON PROPERTY INSURANCE COMPANY, | Gregory F. Harley |
| | Maibeth J. Porter |
| Plaintiff and Counter-defendant, | John C. Parks |
| v. | |
| CREDIT UNION OF TEXAS, | W. Randolph Barnhart |
| | Robert M. Horowitz |
| Defendant and Counter-claimant. | Kevin S. Neiman |

_____

**COURTROOM MINUTES**
_____

**Additional Scheduling Conference**

**9:53 a.m.    Court in session.**

Discussion regarding motion to amend and the changes in the proposed first amended complaint.

**ORDERED:   Plaintiff's Motion for Leave to Amend Its Complaint, filed September 14, 2009 [93], is granted and the First Amended Complaint is accepted and filed today.
Defendant's response to the First Amended Complaint is due by October 19, 2009.**

Discussion regarding what constitutes phase 1 discovery.

Court states and counsel agree that the agency issue which includes program development and performance will constitute phase 1 discovery.

Ms. Porter informs the Court that Protective Life Insurance now owns Lyndon Property Insurance Co. but no change to the case caption is required.

**ORDERED:   Counsel shall submit in paper directly to chambers a revised proposed scheduling order by October 19, 2009.**

**10:08 a.m.   Court in recess.**   Hearing concluded.  Total time: 15 min.