IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01972-RPM

LYNDON PROPERTY INSURANCE COMPANY,

        Plaintiff,

v.

CREDIT UNION OF TEXAS,

        Defendant.

---

## ORDER FOR DISMISSAL

Pursuant to the Joint Motion to Dismiss with Prejudice [105], it is

ORDERED that the motion is granted and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs. It is

FURTHER ORDERED that the applicable terms of the Stipulated Protective Order, dated July 29, 2009, shall remain in full force and effect, including, without limitation, Lyndon and CUT shall perform their obligations required by section 18 thereof.

DATED: April 26th, 2010

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge